August 8, 2005

**E-MAIL AND U. S. MAIL**

JOHN K. KIRBY
jkirby@burnhambrown.com
Direct Dial (510) 835-6717
Direct Fax (510) 835-6739

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Republic Indemnity Company of California v. St. Paul Fire and Marine Insurance Company
              USDC Action No. C 04 3991 JCS
              Client: St. Paul Fire and Marine Insurance Company

Dear Judge Spero:

    This office represents St. Paul Fire and Marine Insurance Company in this case which is set for a further case management conference on Friday, August 19, 2005 at 1:30 p.m. My direct telephone line is 510-835-6717. I understand that the Court will initiate the conference and we will await its call at that time.

    Thank you for attention and consideration in this regard.

Very truly yours,

BURNHAM BROWN

/s/

John K. Kirby

JKK:lr
cc: Chad Westfall, Plaintiff (via e-mail)

710585

IT IS SO ORDERED

Joseph C. Spero, Magistrate Judge
Date