

MAX H. STERN
Email Address: MStern@HRBLaw.com
Direct Dial: (415) 955-2529

August 9, 2005

HANCOCK
ROTHERT &
BUNSHOFT
——— LLP ———
ATTORNEYS

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

      Re:   *Republic Indemnity Co. of California v. St. Paul Fire and Marine Ins. Co.*
            U.S.D.C. Northern District, Case No. 3:04-CV-03991-JCS

Dear Judge Spero:

      This letter is to request a telephonic appearance at the Case Management Conference currently scheduled on Friday, August 19, 2005 at 1:30 p.m. My direct telephone line is 955-2529. I understand that the Court will initiate the conference and will await its call at that time.

      Thank you for your attention to the foregoing matter.

Dated: 8/10/5

IT IS SO ORDERED
Judge Joseph C. Spero

Respectfully submitted,

Max H. Stern
Attorney for Plaintiff
REPUBLIC INDEMNITY COMPANY OF CALIFORNIA

MHS:js

cc:    John K. Kirby, Esq. (via fax)
       Chad A. Westfall, Esq.

[SFDOC:1075-241-811156.2]
LOS ANGELES     LAKE TAHOE     SAN FRANCISCO     LONDON     www.hrblaw.com
FOUR EMBARCADERO CENTER, SUITE 300
SAN FRANCISCO, CA 94111
TELEPHONE 415.981.5550
FACSIMILE 415.955.2599