

CHAD A. WESTFALL
Email Address: CWestfall@HRBLaw.com
Direct Dial: (415) 955-2567

September 9, 2005

HANCOCK
ROTHERT &
BUNSHOFT
—— LLP ——
ATTORNEYS

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

    Re:   *Republic Indemnity v. St. Paul Fire and Marine*
           U.S.D.C. Northern District, Case No. C04-3991-JCS

Dear Judge Spero:

      In compliance with the Court's August 24, 2005 Case Management and Pretrial Order, plaintiff Republic Indemnity Company of California and defendant St. Paul Fire And Marine Insurance Company write jointly to inform the Court that the parties have agreed to the following proposed briefing schedule for the filing of Trial Materials.

      Simultaneous opening briefs, declarations, documents, and stipulated facts and documents to be filed and served on November 16, 2005.

      Simultaneous objections to evidence and motions in limine to be filed and served on December 2, 2005.

      Simultaneous opposition briefs, counter-declarations and documents, oppositions to motions in limine, list of factual issues to be tried by the court, and each side's proposed findings of fact and conclusions of law to be filed and served on December 16, 2005.

      Simultaneous objections to counter-declarations and documents to be filed and served on December 21, 2005.

[SFDOC:1075-241-814909.1]
LOS ANGELES    LAKE TAHOE    SAN FRANCISCO    LONDON    www.hrblaw.com
FOUR EMBARCADERO CENTER, SUITE 300
SAN FRANCISCO, CA 94111
TELEPHONE 415.981.5550
FACSIMILE 415.955.2599

HANCOCK ROTHERT & BUNSHOFT LLP

Magistrate Judge Spero
September 9, 2005
Page 2

      The parties agreed to waive reply briefs.

                Respectfully submitted,

                HANCOCK ROTHERT & BUNSHOFT LLP

By: _____
     CHAD A. WESTFALL

Attorneys for Plaintiff Republic Indemnity Company of California
BURNHAM BROWN

By: _____
     JOHN K. KIRBY

Attorneys for Defendant St. Paul Fire and Marine Insurance Company

cc:    electronic service list

Dated: September 13, 2005



IT IS SO ORDERED
Judge Joseph C. Spero

[SFDOC:1075-241-814909.1]

HANCOCK ROTHERT & BUNSHOFT LLP