1  MAX H. STERN (SBN 154424)
   CHAD A. WESTFALL (SBN 208968)
2  HANCOCK ROTHERT & BUNSHOFT LLP
   Four Embarcadero Center, Suite 300
3  San Francisco, California 94111-4168
   Telephone: (415) 981-5550
4  Facsimile: (415) 955-2599

5
   ATTORNEYS FOR PLAINTIFF REPUBLIC INDEMNITY
6  COMPANY OF CALIFORNIA

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  REPUBLIC INDEMNITY COMPANY OF          CASE NO. 3:04-CV-03991-JCS
    CALIFORNIA,
12                                          STIPULATION REGARDING THE
                  Plaintiff,                EXTENSION OF THE FACT DISCOVERY
13                                          CUT-OFF AND ~~PROPOSED~~ ORDER

14       v.

    ST. PAUL FIRE AND MARINE               Courtroom A
15  INSURANCE COMPANY,                     The Honorable Joseph C. Spero

16                Defendant.

17

18           Plaintiff Republic Indemnity Company of California ("Republic") and defendant

19  St. Paul Fire and Marine Insurance Company ("St Paul") jointly submit this Stipulation Regarding

20  The Extension Of The Fact Discovery Cut-Off And Proposed Order.

21  WHEREAS, on June 13, 2005, Honorable Joseph C. Spero, United States Magistrate Judge, issued

22  an Order directing all non-expert discovery be completed by October 3, 2005;

23  WHEREAS, Republic and St Paul anticipate that they will not be able to complete all relevant and

24  necessary depositions by October 3, 2005;

25  WHEREAS, the proposed extension would not affect other pretrial dates set by the Court;

26  WHEREAS, Republic and St Paul in good faith believe that additional time is necessary to

27  conduct required discovery; and

28  WHEREAS, the parties wish to modify the pretrial date presently set for the non-expert discovery
    [SFDOC:1075-241-818012.1]

HANCOCK ROTHERT &
BUNSHOFT LLP
FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111
(415) 981-5550

STIPULATION REGARDING THE EXTENSION OF THE FACT DISCOVERY CUT-OFF AND ~~PROPOSED~~
ORDER

1  cutoff.

2  **STIPULATION**

3  IT IS HEREBY STIPULATED AND AGREED by Republic and St Paul that the dates not

4  modified by this stipulation and order shall remain unchanged;

5  IT IS FURTHER STIPULATED AND AGREED by Republic and St Paul that non-expert

6  discovery cutoff shall be moved from October 3, 2005 to October 24, 2005

7  DATED:                          Respectfully submitted,

8                                  HANCOCK ROTHERT & BUNSHOFT LLP

9

10    *9/22/05*

11                                By: _____
                                      MAX H. STERN
12                                    CHAD A. WESTFALL
                                    Attorneys for Plaintiff Republic Indemnity Company of
13                                  California

14  DATED:                          BURNHAM BROWN

15

16                                By _____
                                      JOHN K. KIRBY
17                                    SUSAN E. FIRTCH
                                    Attorneys for Defendant St. Paul Fire and Marine
18                                  Insurance Company.

19

20                                [~~PROPOSED~~] ORDER

21  Based on the foregoing Stipulation and GOOD CAUSE appearing therefor, IT IS ORDERED that

22  the all non-expert discovery shall be completed by October 24, 2005. All other pre-trial dates

23  previously set by the Court remain unchanged.

24  IT IS SO ORDERED.

25

26  DATED: ___9/27/5_____

27                                THE HONORABLE JOSEPH C. SPERO
                                  United States District Judge

28

[SFDOC:1075-241-760063.1]                          2

STIPULATION REGARDING THE EXTENSION OF THE FACT DISCOVERY CUT-OFF AND ~~PROPOSED~~ ORDER

HANCOCK ROTHERT &
BUNSHOFT LLP
FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111