**b b** BURNHAM | BROWN
*a professional law corporation*

JOHN K. KIRBY
jkirby@burnhambrown.com
Direct Dial (510) 835-6717
Direct Fax (510) 835-6739

November 15, 2005

**E-MAIL AND U. S. MAIL**

Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    <u>Republic Indemnity Company of California v. St. Paul Fire and Marine Insurance Company</u>
             USDC Action No. C 04 3991 JCS
             Client: St. Paul Fire and Marine Insurance Company

Dear Judge Spero:

    This office represents St. Paul Fire and Marine Insurance Company in this case which is set for a further case management conference on Friday, November 18, 2005 at 1:30 p.m. Since I will be out of town during the next few days, I would request the Court to contact Ms. Susan Firtch of this office at 510-835-6709. Ms. Firtch is thoroughly familiar with the matter at hand. I understand that the Court will initiate the conference and will we will await its call at that time.

    A final settlement has been reached in this matter and the case management conference may be unnecessary.

    Thank you for attention and consideration in this regard.

Dated: 11/16/5

*[Stamp: IT IS SO ORDERED, Judge Joseph C. Spero, United States District Court, Northern District of California]*

Very truly yours,

BURNHAM BROWN

John K. Kirby

JKK:lr
cc: Chad Westfall

724330

P.O. Box 119 | Oakland mailing address
1901 Harrison Street | 11th Floor | Oakland | CA 94612-3501
510-444-6800 telephone | 510-835-6666 facsimile