1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    REPUBLIC INDEMNITY CO.,                    No. C 04-03991 JCS
8              Plaintiff(s),
                                               **ORDER OF DISMISSAL**
9         v.
10   ST. PAUL FIRE AND MARINE,
11             Defendant(s).
     _____/
12
13        The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of
14   this cause,
15        IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any
16   party hereto shall certify to this Court, within thirty (30) days, with proof of service of a copy thereon to
17   opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing
18   Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.
19        IT IS SO ORDERED.
20
21   Dated: November 17, 2005
22                                             _____
                                               JOSEPH C. SPERO
23                                             United States Magistrate Judge
24
25
26
27
28